ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 OCT 26 PH 4: 25

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ANTHONY JONES, JR.,                     )
                                        )
            Petitioner,                 )
                                        )
      v.                                )
                                        )    CV 312-070
FNU THOMPSON, Sergeant, and SAM         )
OLENS, Attorney General of the State of )
Georgia,                                )
                                        )
            Respondents.                )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed (doc. no. 4).[1]

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the

opinion of the Court.  Therefore, the instant petition filed pursuant to 28 U.S.C. § 2254 is

**DISMISSED** without prejudice.

The Court is aware that it "must issue or deny a certificate of appealability when it

---

[1] Although not clearly presented as such, the Court liberally construes Petitioner's filing as objections.  While this document makes vague references to the Report and Recommendation ("R&R"), it in no way calls into question the analysis set forth in the R&R – that Petitioner failed to pay the $5.00 filing fee or submit a motion to proceed *in forma pauperis* – or otherwise suggests that Petitioner has a valid request for any type of Court action.  Also included with Petitioner's objections was a document titled "Probable Cause Order."  (See doc. no. 4, p. 2.)  Though it is not entirely clear, Petitioner appears to request a hearing involving alleged violations of his rights by officials at Augusta State Medical Prison.  In any event, as this case is now closed, Petitioner's request is moot.

enters a final order adverse to the applicant" on a § 2254 petition.  Rule 11(a) to the Rules

Governing Section 2254 Proceedings.  As the Magistrate Judge noted, while the instant

petition was filed pursuant to § 2254, Petitioner appeared to be contesting the disciplinary

process at Augusta State Medical Prison rather than the validity of his underlying conviction.

(Doc. no. 4, p. 1 n.1.)  Regardless of the relief sought by Petitioner, however, he still failed

to follow the Court's instructions that he was required to either pay the $5.00 filing fee or

submit a motion to proceed *in forma pauperis* in order to proceed in this case.  Accordingly,

the Court declines to issue or deny a certificate of appealability in this case at this time.

Upon the foregoing, this civil action shall be **CLOSED**.

SO ORDERED this 26th day of October, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE